Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436
Tel: 818-205-2466
stuart@pricelawgroup.com
Attorneys for Plaintiff,
*Marvin Smith*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN SMITH,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAPITAL ONE (USA) N.A.,<br><br>    Defendant. | **Case Number:**<br><br>**2:17−cv−01909−DMG−FFM**<br><br><br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Marvin Smith, and Defendant, Capital One Bank (USA) N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Voluntary Dismissal with Prejudice within the next forty (45) days. The Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

```
                                    RESPECTFULLY SUBMITTED,


     Dated: April 20, 2017             By:/s/ Stuart Price
                                          Stuart Price, Esq.
                                          15760 Ventura Boulevard,
                                          Suite 800
                                          Encino, CA 91436
                                          Tel: 818-907-2030
                                          stuart@pricelawgroup.com
                                          Attorneys for Plaintiff,
                                          Marvin Smith
```